```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 08 B 17701
      LONNIE R VARDELL
      LISA L GREENE                                CHAPTER 13

                                                   JUDGE: MANUEL BARBOSA
            Debtor
     SSN XXX-XX-0346      SSN XXX-XX-8058

   ----------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
   ----------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

       1.  The case was filed on 07/09/08 and confirmed on 11/24/08.

       2.  The case was converted to Chapter 7 after confirmation, 02/06/2009.

       3.  The Debtor paid a total of $   1550.00 .

       4.  The Trustee made disbursements to creditors as follows:


   ----------------------------------------------------------------------
   CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                                 PAID            PAID
   ----------------------------------------------------------------------
   CHASE HOME FINANCE         CURRENT MORTG           .00             .00             .00
   CHASE HOME FINANCE         MORTGAGE ARRE           .00             .00             .00
   KANE COUNTY TREASURER      SECURED             5058.00             .00         1230.00
   HSBC                       UNSECURED          NOT FILED            .00             .00
   CAPITAL ONE BANK           UNSECURED          NOT FILED            .00             .00
   HOME DEPOT CREDIT SERVIC   UNSECURED          NOT FILED            .00             .00
   PORTFOLIO RECOVERY ASSOC   UNSECURED          NOT FILED            .00             .00
   WELLS FARGO FINANCIAL      UNSECURED          NOT FILED            .00             .00
          Summary of disbursements:
   ----------------------------------------------------------------------
                       SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
   ----------------------------------------------------------------------
   TOTAL CLMS ALLOWED  5058.00          .00          .00         .00      5058.00
   PRINCIPAL PAID      1230.00          .00          .00         .00      1230.00
   INTEREST PAID            .00         .00          .00         .00           .00
   TOTAL PAID          1230.00          .00          .00         .00      1230.00
   The Debtor's attorney, RUDDY MILROY & KING              , was allowed $   3500.00
   and was paid $   2226.00   direct and $    237.85   through the plan.

   The Trustee received $       82.15 .

   Refunds to the Debtor totaled $         .00 .

        Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.



      Dated: 02/13/09                     /S/
                                       GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 17701 LONNIE R VARDELL & LISA L GREENE